**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00223-EWN

MOHAMMED KEDER AMAN,

      Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
ROBERT S. MUELLER, III., Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services, and
MARY MISCHKE, Acting Denver District Director of the United States Citizenship and Immigration Services,

      Respondents.

_____

**ORDER DISMISSING PLAINTIFF'S CLAIMS**
_____

      Pursuant to the Parties' Stipulated Motion to Dismiss, it is therefore:

ORDERED, ADJUDGED and DECREED that the case is dismissed, and that each party will bear its own costs and attorneys' fees. The clerk is directed to close this case.

      DATED this 11th day of October, 2007.

                                                          BY THE COURT:

                                                          s/ Edward W. Nottingham
                                                          Chief United States District Judge